IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARCIA ANN DUNN                                                                        PLAINTIFF

v.                                    NO. 3:14-cv-00103 JTR

CAROLYN W. COLVIN, Acting Commissioner                            DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 22nd day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE